# EXHIBIT A

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF POLK

| | |
|---|---|
| BAMBIS CHRISTMAS TREE LAND & NURSERY LLC, an Oregon limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation, <br><br> Defendant. | Case No. 26CV03875 <br><br> **COMPLAINT** <br> **(Declaratory Judgment; Breach of Contract; Negligence Per Se)** <br><br> **CLAIM AMOUNT:  $111,600.** <br><br> **Filing Fee: $594** <br> **Fee Authority: ORS 21.160(c)** <br> **Jury Trial Requested / Not Subject to Mandatory Arbitration** |

**PARTIES, JURISDICTION, AND VENUE**

1.

Plaintiff Bambis Christmas Tree Land & Nursery LLC ("Plaintiff") is an Oregon limited liability company with its principal place of business located at 15008 Winters Hill Rd, Silverton, Oregon 97381.

2.

Defendant Country Mutual Insurance Company is a foreign corporation, domiciled in Illinois and authorized to do business in Oregon ("Defendant" or "Country").

3.

Country issued an Agriplus insurance policy to Plaintiff, effective from February 2023 to February of 2024, (the "Policy") which, among other things, covered Plaintiff's 2002 Pro-Line 33' fishing vessel (the "Boat").

/ / /

/ / /

PAGE 1 – COMPLAINT:
(Bambis Christmas Tree Land & Nursery LLC v. Country Mutual Insurance Company)

SHERMAN SHERMAN JOHNNIE & HOYT, LLP
693 Chemeketa Street NE, Salem, Oregon 97301
PH: (503) 364-2281 | FAX: (503) 370-4308

4.

This Court has subject-matter jurisdiction under ORS 28.010 et seq. (Declaratory Judgments).

5.

Venue is proper in this Court under ORS 14.040 because Plaintiff purchased the Policy from Country in this county and Country transacts business in this county.

**GENERAL ALLEGATIONS**

6.

The Policy Declarations specifically list the Boat, including liability settlement therefore as the Actual Cash Value of the loss.

7.

The Policy provides Watercraft Coverage and insures watercraft, motors, and trailers owned by the insured listed in the Declarations within the defined policy territory. The Policy territory applies "on land, inland waters, and coastal waters within 75 nautical miles of the United States, its territories or possessions, or Canada."

8.

On January 27, 2024, Plaintiff's Boat sank in its slip in Newport, Oregon, and was fully immersed in saltwater for several days, resulting in a total loss.

9.

Plaintiff hired a diver to recover the Boat. This cost Plaintiff $6,600.

10.

The Boat, at the time of loss, was well equipped, including a Side Power bow thruster, EPIRB emergency beacon, a 2022 Kohler 5KW generator, and other equipment.

/ / /

PAGE 2 – COMPLAINT:
(Bambis Christmas Tree Land & Nursery LLC v. Country Mutual Insurance Company)

SHERMAN SHERMAN JOHNNIE & HOYT, LLP
693 Chemeketa Street NE, Salem, Oregon 97301
PH: (503) 364-2281 | FAX: (503) 370-4308

11.

On September 4, 2024, Plaintiff submitted a claim to Country for the sinking, recovery, and total loss of the Boat under claim number 600-0862664.

12.

The Policy specifies that Actual Cash Value applies to Watercraft Coverage.

13.

The Policy defines "actual cash value" the lesser of (1) the cost to repair/replace with materials of like kind and quality, less depreciation, or (2) fair market value, and applies to property other than buildings and structures (which would include boats). Depreciation factors in wear and tear, age, physical condition, and reduced market value.

14.

According to professional marine survey obtained by Plaintiff, the Boat's fair market value prior to the loss was $105,000.[1]

15.

The fair market value determined by Plaintiff's appraisal accounts for the Boat's after market upgrades – insured equipment – such as the Side Power bow thruster, EPIRB emergency beacon, and 2022 Kohler 5KW generator. Collectively, these upgrades, if placed on a new boat, would cost approximately $41,500.

16.

Plaintiff purchased a like kind boat for $115,000.[2]

[1] This figure does not include the Boat's motors. Defendant has paid Plaintiff for the Boat's motors under the Policy and the motors are specifically excluded from this lawsuit.
[2] This figure does not include the replacement boat's motors, as the Boat's motors have been paid out to Plaintiff under the Policy.

PAGE 3 – COMPLAINT:
(Bambis Christmas Tree Land & Nursery LLC v. Country Mutual Insurance Company)

SHERMAN SHERMAN JOHNNIE & HOYT, LLP
693 Chemeketa Street NE, Salem, Oregon 97301
PH: (503) 364-2281 | FAX: (503) 370-4308

17.

Country has offered Plaintiff only $74,341 as the actual cash value of the Boat and covered equipment, which is $30,659 less than Plaintiff's appraisal and $40,659 less than Plaintiff purchased a like kind boat for.[3]

18.

Plaintiff has engaged with Country regarding the amount of loss and provided information identifying the covered equipment and values therefore.

**FIRST CAUSE OF ACTION**

*(Declaratory Judgment – ORS 28.010 et seq.)*

19.

Plaintiff realleges the paragraphs above.

20.

An actual, present justiciable controversy exists between Plaintiff and Defendant regarding the parties' rights and obligations under the Policy with respect to the amount of actual cash value owed for the total loss of Boat and associated covered property.

21.

Plaintiff seeks a declaration that: (a) the January 27, 2024 sinking constitutes a covered loss under the Policy; (b) the Boat and related covered property are a total loss; (c) Defendant must pay the actual cash value of the Boat and covered property as defined in the Policy; (d) the actual cash value of the Boat and covered property is no less than $105,000; and (e) no deductible applies to the total loss.

/ / /

---

[3] Plaintiff's replacement like kind boat does not include value for the Side Power bow thruster or EPIRB emergency beacon.

PAGE 4 – COMPLAINT:
(Bambis Christmas Tree Land & Nursery LLC v. Country Mutual Insurance Company)

SHERMAN SHERMAN JOHNNIE & HOYT, LLP
693 Chemeketa Street NE, Salem, Oregon 97301
PH: (503) 364-2281 | FAX: (503) 370-4308

**SECOND CAUSE OF ACTION**

*(Breach of Contract)*

22.

Plaintiff realleges the paragraphs above.

23.

The Policy is a valid and enforceable contract between Plaintiff and Defendant.

24.

The Policy obligates Country to provide the coverages purchased if the insured paid premiums and complied with policy provisions.

25.

Plaintiff performed all material obligations under the Policy or its performance was excused and all conditions precedent to coverage and to filing this action have been satisfied, excused, or waived.

26.

The January 27, 2024 sinking caused a covered total loss to the insured Boat and associated covered property for which actual cash value is owed, without application of a deductible.

27.

Country has failed and refused to pay Plaintiff the actual cash value owed under the Policy for the total loss of the Boat and related covered property.

/ / /

/ / /

/ / /

PAGE 5 – COMPLAINT:
(Bambis Christmas Tree Land & Nursery LLC v. Country Mutual Insurance Company)

SHERMAN SHERMAN JOHNNIE & HOYT, LLP
693 Chemeketa Street NE, Salem, Oregon 97301
PH: (503) 364-2281 | FAX: (503) 370-4308

28.

Defendant breached the Policy by failing to pay the actual cash value owed for the covered total loss within the time required after receipt of the claim and satisfaction of policy conditions.

29.

As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages in an amount to be proven at trial, not less than the unpaid actual cash value for the Boat and covered equipment, currently estimated at $105,000, less prior applicable payments, plus Plaintiff's expenditures recovering the Boat - $6,600 -, for a total of $111,600.

30.

Plaintiff is entitled to recover its reasonable attorney fees and costs as allowed by law, including under ORS 742.061 if applicable.

31.

Plaintiff is entitled to recover its reasonable attorney fees and costs as allowed by law, including under ORS 742.061 if applicable.

## THIRD CAUSE OF ACTION

### *(Negligence Per Se – ORS 746.230)*

32.

Plaintiff realleges the paragraphs above.

33.

Defendant, as an insurer transacting insurance in Oregon, is subject to Oregon insurance claim-handling statutes and regulations intended to protect insureds from unreasonable claim practices.

/ / /

SHERMAN SHERMAN JOHNNIE & HOYT, LLP
693 Chemeketa Street NE, Salem, Oregon 97301
PH: (503) 364-2281 | FAX: (503) 370-4308

PAGE 6 – COMPLAINT:
(Bambis Christmas Tree Land & Nursery LLC v. Country Mutual Insurance Company)

34.

Defendant violated one or more such statutes and/or regulations in handling Plaintiff's claim for the January 27, 2024 loss, including by failing to effectuate prompt, fair, and equitable settlement of a claim in which liability became reasonably clear and failing to pay the actual cash value as required by the Policy.

35.

Plaintiff is within the class of persons the statutes and regulations are designed to protect, and the harm suffered is of the type the statutes and regulations are intended to prevent.

36.

Defendant's statutory/regulatory violations constitute negligence per se, and as a result, Plaintiff suffered damages in an amount stated in Paragraph 29 and to be determined at trial

37.

Plaintiff requests a trial by jury on all issues so triable.

38.

Plaintiff is entitled to recover its reasonable attorney fees and costs as allowed by law, including under ORS 742.061 if applicable.

**PRAYER FOR RELIEF**

Plaintiff requests that the Court enter judgment in its favor and against Defendant as follows:

a) A declaration that the January 27, 2024 sinking is a covered loss under the Policy's Watercraft Coverage H, that the Boat and associated covered property constitute a total loss, that Defendant must pay Actual Cash Value as defined by the Policy, that the actual cash value of the Boat and associated covered property is no less than $105,000; and that no deductible applies to the total loss.

PAGE 7 – COMPLAINT:
(Bambis Christmas Tree Land & Nursery LLC v. Country Mutual Insurance Company)

SHERMAN SHERMAN JOHNNIE & HOYT, LLP
693 Chemeketa Street NE, Salem, Oregon 97301
PH: (503) 364-2281 | FAX: (503) 370-4308

a)  On the breach of contract claim, damages equal to the unpaid actual cash value benefits owed for the covered loss, less any prior applicable payments, in an amount to be proven at trial but currently estimated at $111,600;

b)  On the negligence per se claim, damages in an amount to be proven at trial but currently estimated at $111,600;

c)  Pre-judgment and post-judgment interest as allowed by law;

d)  Plaintiff's reasonable attorney fees and costs as allowed by law, including under ORS 742.061 if applicable; and

e)  Such other and further relief as the Court deems just and proper.


DATED January 23, 2026.


SHERMAN SHERMAN JOHNNIE & HOYT, LLP


*s/Haley A. Bell*
Haley A Bell, OSB No. 223537
haley@shermlaw.com
Of Attorneys for Plaintiff

SHERMAN SHERMAN JOHNNIE & HOYT, LLP
693 Chemeketa Street NE, Salem, Oregon 97301
PH: (503) 364-2281 | FAX: (503) 370-4308

PAGE 8 – COMPLAINT:
(Bambis Christmas Tree Land & Nursery LLC v. Country Mutual Insurance Company)